**STATE of Missouri, Respondent,**

v.

**Steven Dale BRADSHAW, Appellant.**

**No. ED 104270**

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

April 25, 2017

Kelly L. King, Warrenton, MO, for Respondent.

Samuel E. Buffaloe, Columbia, MO, for Appellant.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

### ORDER

PER CURIAM.

Steven Bradshaw appeals from the judgment entered on his convictions after a

bench trial for one count of domestic assault in the third degree. The conviction was supported by sufficient evidence. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).